IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Paul V. Remy, | : | |
| Petitioner | : | Civil Action 2:05-cv-0088 |
| v. | : | Judge GCS |
| Warden, Hocking Correctional Institution, | : | Magistrate Judge Abel |
| | : | |
| Respondent | | |

# ORDER

Petitioner's February 25, 2005 "Petition for Writ of Mandamus" (doc. 6) and his March 21, 2005 motion for leave to amend his "Petition for Writ of Mandamus" (doc. 8) are DENIED.  Petitioner anticipates that respondent's answer to his petition will not comply with the Rules Governing Section 2254 Proceedings.  Only the claims in the petition he filed will be adjudicated.  If there is any deficiency in the respondent's answer, then petitioner should address it in his traverse.

Petitioner's April 19, 2005 motion to supplement his petition with a copy of the Supreme Court of Ohio's entry denying his motion for leave to appeal (doc. 12) is GRANTED.

Under the provisions of 28 U.S.C. §636(b)(1)(A), Rule 72(a), Fed. R. Civ. P., and Eastern Division Order No. 91-3, pt. F, 5, either party may, within ten (10) days after this Order is filed, file and serve on the opposing party a motion for reconsideration by the District Judge.  The motion must specifically designate the Order, or part thereof, in

question and the basis for any objection thereto. The District Judge, upon consideration of the motion, shall set aside any part of this Order found to be clearly erroneous or contrary to law.

s/Mark R. Abel<br>United States Magistrate Judge