IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**PAUL V. REMY,**

      **Petitioner,**

    v.                                              **Case No. 2:05-cv-0097**
                                                    **JUDGE SMITH**

**SAMUEL TAMBI, Warden,**                 **Magistrate Judge ABEL**
      **Respondent.**

**OPINION AND ORDER**

On August 29, 2005, the Magistrate Judge issued a *Report and Recommendation* recommending that petitioner's motion to stay civil forfeiture (Doc. No. 15) be denied. Although the parties were specifically informed of their right to object to the *Report and Recommendation*, and of the consequences of their failure to do so, there has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* again is hereby **ADOPTED AND AFFIRMED.** Petitioner's motion to stay civil forfeiture (Doc. No. 15) is **DENIED**.

    **IT IS SO ORDERED.**

                                              /S/ George C. Smith
                                             George C. Smith
                                             United States District Judge